957 A.2d 1175

COMMONWEALTH of Pennsylvania, Petitioner

v.

Roberto MALAVE, Respondent.

Supreme Court of Pennsylvania.

Sept. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Petition for Allowance of Appeal is **GRANTED IN PART.** The order of the Superior Court is **VACATED** and the matter is **REMANDED** to the Superior Court for a full review of the three (3) issues originally presented to it in the Commonwealth's brief. *Commonwealth v. Laboy,* 594 Pa. 411, 936 A.2d 1058 (2007).